AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| MARIA GREGORY and AYOMIPOSI ASAOLU, on behalf of themselves and all others similarly situated,<br>*Plaintiff(s)*<br>v.<br>JOHNS HOPKINS UNIVERSITY and JOHNS HOPKINS HEALTH SYSTEM,<br>*Defendant(s)* | ) | Civil Action No. 1:23-cv-1854 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* JOHNS HOPKINS UNIVERSITY
c/o ARTHUR P. PINEAU
INTERIM GENERAL COUNSEL
113 GARLAND HALL
3400 N. CHARLES ST.
BALTIMORE MD 21218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: ANDREA R. GOLD
TYCKO & ZAVAREEI LLP
2000 PENNSYLVANIA AVENUE NW, SUITE 1010
WASHINGTON, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:23-cv-1854

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________

*Server's signature*

______________________

*Printed name and title*

______________________

*Server's address*

Additional information regarding attempted service, etc: